| Case | Docket | Date | Judges | Disposition |
|------|--------|------|--------|-------------|
| Ic.G., In re | 54A04–1608–JT–1989 | 03/02/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Davis v. State | 29A02–1608–CR–1861 | 03/02/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Fielder v. Hamilton Southeastern Schools | 29A02–1609–MI–2200 | 03/02/2017 | BAKER, J.<br>NAJAM, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Houser v. State | 79A05–1603–CR–638 | 03/03/2017 | VAIDIK, C.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| N.E. by Elkins, Paternity of v. Hahn | 71A03–1605–JP–1066 | 03/03/2017 | VAIDIK, C.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Sallee v. Barrett | 06A01–1606–PL–1308 | 03/03/2017 | VAIDIK, C.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Bolt v. State | 20A05–1602–PC–383 | 03/03/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Gentner v. State | 79A02–1609–CR–2120 | 03/03/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Trimnell v. Trimnell | 36A04–1610–DR–2362 | 03/03/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| D.S., Matter of | 49A04–1605–JT–1125 | 03/03/2017 | MAY, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Locker v. Locker | 01A05–1610–DR–2315 | 03/06/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |